Kenneth W. Jerome
.VS.
State of Texas

Re: Writ of Habeas Corpus 11.07-Trial Court Cause No. 1233728

Dear Court of Criminal Appeals

The reason for this letter is I petitioner Kenneth W. Jerome filed a Writ of Habeas Corpus December 26 2012 in the 263rd District Court of Harris County and more than 35 day's have elapsed of the time such writ of habeas Corpus is to be forwarded to the T.C.C.A. Petitioner filed a Writ of Mandamus 2-20-2013. The TCCA ordered trial court to respond to the Habeas Corpus 11.07 March 20 2013. case WR-79,118-01. The state responded to the order that was issued by TCCA March 27 2013 signed and forwarded by Eva G Flores Assistant District Attorney. The trial court ordered petitioners trial counsel Jerome Godinich Jr. to file affidavit addressing allegations of ineffective assistance of counsel. Trial counsel did not submit affidavit until 2 years later March 30 2015. To date petitioner has not recieved a response of the State Purposed Finding of Fact nor has the Writ of Habeas Corpus 11.07 been forwarded to TCCA in the timely manner in

which is mandated by Article 11.07 of the Texas Code of Criminal Procedure. Respondent Eva G. Flores Assistant District Attorney has a ministerial duty to file all documents in a Habeas Corpus 11.07 proceeding by law pursuant to TCCP. But has not in the timely manner that is mandated by Article 11.07 of the Texas Code of Criminal Procedure. The Petitioner seeks this Honorable Court to Compel the District Attorney Eva G. Flores to file Proposed Finding of Fact and forward the Habeas Corpus 11.07 to T.CCP to be ruled on for his relief. Thank you in reading and response in this ~~matter~~ matter.

Sincerly

Kenneth W. Jerome

C.C file

6-12-2015